**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02305-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

DEBRA APPLEWHITE,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE, and
PATRICK DONAHUE. Postmaster General,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Debra Applewhite currently resides in Denver, Colorado. Ms. Applewhite has filed a Complaint challenging the dismissal of a formal EEO complaint.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Ms. Applewhite will be directed to cure the following if she wishes to pursue her claims. Any papers that Ms. Applewhite files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   X   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   X   other: In the alternative Plaintiff may pay the $400 filing fee in full

**Complaint or Petition**:

(9)    ___    is not submitted
(10)   _X_   is not on proper form (Plaintiff must use a Court-approved form used in filing Title VII cases.)
(11)   ___   is missing an original signature by Plaintiff
(12)   ___   is incomplete
(13)   ___   uses et al. instead of listing all parties in caption
(14)   ___   names in caption do not match names in text
(15)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   _X_   other: Plaintiff is required to complete all sections of the Complaint form

Accordingly, it is

ORDERED that Ms. Applewhite cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Ms. Applewhite files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Ms. Applewhite shall obtain the Court-approved forms used in filing a Title VII Complaint and a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Ms. Applewhite fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 9, 2013, at Denver, Colorado.

                                             BY THE COURT:

                                             s/Boyd N. Boland
                                             United States Magistrate Judge